583 A.2d 337

JOSEPH SPEISER v. HARLEYSVILLE INSURANCE CO.

March 7, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 507, 568 *A.*2d 543)

583 A.2d 337

STATE OF NEW JERSEY v. ADELIA GRASSI.

March 7, 1990.

Petition for certification denied.

583 A.2d 337

IN RE LONG–TERM OUT–OF–STATE WASTE DISPOSAL AGREE-MENT BETWEEN THE COUNTY OF HUNTERDON AND GLENDON ENERGY COMPANY OF GLENDON, PENNSYLVA-NIA.

March 7, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 516, 568 *A.*2d 547)

583 A.2d 337

CHRISTIANA PARKER v. BOARD OF REVIEW AND COLLEGE FOR HUMAN SERVICES.

March 7, 1990.

Petition for certification denied.